IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
AT PEORIA

FILED
JUN 15 2021
CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal No. 21-10022 |
| | ) | |
| KEENA N. FAUNTLEROY, | ) | VIO: 18 U.S.C. § 922(a)(6) |
| | ) | |
| Defendant. | ) | |

INDICTMENT

The Grand Jury charges:

COUNT ONE
(False Statement During Purchase of a Firearm)

On or about January 7, 2021, in Peoria County, in the Central District of Illinois,

KEENA N. FAUNTLEROY,

defendant herein, in connection with the acquisition of a firearm, a Glock 10mm pistol bearing the serial number VLH879, from Monster Pawn, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement to Monster Pawn, which statement was intended and likely to deceive Monster Pawn, as to a fact material to the lawfulness of such sale of said firearm to the defendant under Chapter 44 of Title 18, in that the defendant did execute a Department of Justice, Bureau of

1

Alcohol, Tobacco, Firearms, and Explosives form 4473, Firearms Transaction Record, to the effect that she was the actual buyer of the Glock 10mm pistol, when in fact as the defendant knew, she was not the actual buyer of the firearm.

In violation of Title 18, United States Code, Section 922(a)(6).

## COUNT TWO
### (False Statement During Purchase of a Firearm)

On or about January 8, 2021, in Peoria County in the Central District of Illinois,

### KEENA N. FAUNTLEROY,

defendant herein, in connection with the acquisition of a firearm, a Ruger, Model 57 bearing the serial number 641-91162, from The Tac Shack, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement to The Tac Shack, which statement was intended and likely to deceive The Tac Shack, as to a fact material to the lawfulness of such sale of said firearm to the defendant under Chapter 44 of Title 18, in that the defendant did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives form 4473, Firearms Transaction Record, to the effect that she was the actual buyer of the Ruger, Model 57, when in fact as the defendant knew, she was not the actual buyer of the firearm.

In violation of Title 18, United States Code, Section 922(a)(6).

2

## FORFEITURE ALLEGATIONS

1. The allegations contained in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging criminal forfeitures pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

2. Upon conviction of an offense in violation of Title 18, United States Code, Section 922(a)(6), as charged herein, the defendant,

## KEENA N. FAUNTLEROY,

shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), all firearms involved in or used in the aforesaid offense, including, but not limited to:

- One Glock, 10mm pistol bearing the serial number VLH879
- One Ruger, Model 57, 5.7x28 bearing the serial number 641-91162

All pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c).

A True Bill,

_s/ foreperson_
Foreperson

_s/ RM Hanna_
DOUGLAS J. QUIVEY
ACTING UNITED STATES ATTORNEY

RLH